# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. WILLIAMS,<br><br>    Plaintiff,<br><br> v.<br><br>MACOMBER, *et al.*,<br><br>    Defendants. | Case No.  1:25-cv-02063-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE TO ACTION<br><br>FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED<br><br>(ECF No. 2) |

Plaintiff Joseph A. Williams ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on December 30, 2025, and filed a motion to proceed *in forma pauperis*.  (ECF Nos. 1, 2.)  On January 12, 2026, the California Department of Corrections and Rehabilitation filed a copy of Plaintiff's trust fund account statement.  (ECF No. 7.)

Examination of Plaintiff's application and trust account statement reveals that Plaintiff is able to afford the costs of this action.  Specifically, Plaintiff's current available balance in his trust account is $1,042.97.  (ECF No. 7 at 1, 2.)

Accordingly, the Clerk of the Court is HEREBY DIRECTED to randomly assign a district judge to this action.  Further, it is HEREBY RECOMMENDED that:

1.  Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), be DENIED; and

2.  Plaintiff be ORDERED to pay the $405.00 initial filing fee in full to proceed with this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

1

**fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  **Objections, if any, shall not exceed fifteen (15) pages or include exhibits.  Exhibits may be referenced by CM/ECF document and page number if already in the record before the Court.  Any pages filed in excess of the 15-page limit may not be considered.**  The parties are advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **January 14, 2026**            /s/ *Barbara A. McAuliffe*    _
                                            UNITED STATES MAGISTRATE JUDGE

2