**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH A. WILLIAMS, | Case No. 1:25-cv-02063 KES BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, AND ORDERING PLAINTIFF TO PAY FILING FEE IN FULL |
| v. | |
| MACOMBER, *et al.*, | |
| Defendants. | |
| | Doc. 9 |

Joseph A. Williams is a state prisoner who asserts that he suffered violations of his civil rights while incarcerated at Kern Valley State Prison. *See generally* Doc. 1. Williams moved to proceed in forma pauperis, after which the CDCR provided a certified copy of Williams' trust account statement. Docs. 2, 7. Upon review of the statement, the magistrate judge found Williams had sufficient funds to pay the court's filing fee. Doc. 9 at 1. The magistrate judge recommended the court deny the motion to proceed in forma pauperis and direct Williams to pay the filing fee. *Id.*

The court served the findings and recommendations upon Williams and notified him that any objections were due within 14 days. Doc. 9 at 1-2. Williams filed a response stating that he "didn't know funds existed upon filing" and requesting to proceed with the action. Doc. 10 at 1. He does not dispute the balance reported or oppose paying the filing fee. *See id.*

Consistent with the provisions of 28 U.S.C. § 636(b)(1), the court conducted a de novo

1

review of the case.  Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis.  Thus, the court **ORDERS**:

1.  The findings and recommendations issued on January 14, 2026 (Doc. 9), are **ADOPTED** in full.

2.  Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED**.

3.  **Within 21 days** following date of service of this order, Plaintiff **SHALL** pay the $405.00 filing fee in full to proceed with this action.

If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice for failure to prosecute.

IT IS SO ORDERED.

Dated:    February 13, 2026

_____
UNITED STATES DISTRICT JUDGE

2