**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOSEPH A. WILLIAMS,

Plaintiff,

v.

MACOMBER, *et al.*,

Defendants.

No. 1:25-cv-02063 KES BAM (PC)

ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE

Doc. 17

Joseph A. Williams is a state prisoner who asserted he suffered violation of his civil rights while incarcerated at Kern Valley State Prison. *See generally* Doc. 1. Williams moved to proceed in forma pauperis when he initiated this action, after which CDCR provided a copy of his trust account statement. Doc. 2, 7. Upon review of the statement, the magistrate judge found Williams had sufficient funds to pay the court's filing fee. Doc. 9 at 1. The magistrate judge issued findings and recommendations recommending that the court deny the motion to proceed in forma pauperis and direct Wiliams to pay the filing fee. *Id.* Williams did not file objections.

On February 17, 2026, the Court founds Williams had sufficient funds to pay the filing fee and ordered him to pay the $405.00 filing fee in full within 21 days. Doc. 11. The Court warned Williams that the failure to do so would result in dismissal. *Id.* After Williams did not pay the filing fee, the Court dismissed the action without prejudice. Doc. 13. The Clerk of the Court entered judgment on March 20, 2026. Doc. 14.

On April 17, 2026, Williams filed a motion to reopen this action. Doc. 15. Williams claimed he received the findings and recommendations late. *Id.* He asserted that he had $405.00 in cash and that his brother would pay the filing fee. Williams asked the Court to accept payment and to allow him to proceed with this case. *Id.*

On May 27, 2026, Williams filed a further letter to the Court regarding reopening the case. Doc. 16. Williams acknowledged that his case was dismissed due to not paying the full filing fee. *Id.* He reported writing twice to ask if he could send a money order and reopen the case. *Id.* Williams asserted he did not get the court's order in time to object because Kern Valley State Prison had been dealing with contraband issues, and all mail was delayed. *Id.* Williams again reported that he had funds to pay the fee and that his brother would send a money order in with the case number once he had approval. *Id.* The Court construed the filing as a request to reopen the case for relief from judgment. *See* Doc. 17.

On June 9, 2026, the Court granted Williams' motions to reopen the case, vacated the judgment entered on March 20, 2026, and directed the Clerk of the Court to reopen this action. Doc. 17. The Court also ordered Williams to pay the $405.00 filing fee in full to proceed with this action within 30 days. *Id.* The Court warned Williams that the failure to do so would result in dismissal. *Id.* Williams has not paid the filing fee and the time to do so has expired.

As Williams has failed to pay the appropriate filing fee, this case cannot proceed. *See Saddozai v.* Davis, 35 F.4th 705, 709 (9th Cir. 2022). Accordingly,

1. This action is dismissed without prejudice; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 27, 2026

UNITED STATES DISTRICT JUDGE